IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

01 JUN -7 PM 4: 43

| | | |
|---|---|---|
| TROY WOODSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-B-3465-W |
| | ) | |
| AHMED S. FARAH, M.D.; | ) | |
| GREENE COUNTY HOSPITAL; | ) | |
| and the UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JUN 7 2001

## MEMORANDUM OPINION

This matter is before the court on the "Motion to Dismiss the United States as Party - Defendant and to Remand Remaining Claims and Parties to State Court." (Doc. 10). On May 24, 2001, the magistrate judge assigned this case recommended that the motion be granted without prejudice and that the court decline to exercise supplemental jurisdiction on the remaining claims and parties pursuant to 28 U.S.C. § 1367(c). (Doc. 16). No objections have been filed to the Magistrate Judge's Report and Recommendation.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to dismiss the United States as a party-defendant is due to be granted and the court declines to exercise supplemental jurisdiction on the remaining claims and parties pursuant to § 1367(c). An appropriate order will be entered.

18

**DONE**, this the 7th day of June, 2001.

*Sharon Lovelace Blackburn*
**SHARON L. BLACKBURN**
United States District Judge

2